# Certificate of Service

I hereby certify that the Electronic ORDER granting Motion for Extension of Time to File Response/Reply [DE60] and the Electronic ORDER denying Motion to Appoint Counsel [DE59] both dated August 11, 2026 were served by mail upon the person hereinafter named in the matter of *Felder v. Arena, et al.*, 25-cv-00073(PKC)(SIL), by depositing a true copy thereof, enclosed in a post-paid properly addressed Certified Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    Kaleel Felder, 25R2414
Woodbourne Correctional Facility
99 Prison Road, PO Box 1000
Woodbourne, NY 12788-1000

*By certified mail: 9589 0710 5270 3009 7249 50*

Dated:  Hauppauge, New York
August 11, 2026

Christopher J. Clayton
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788

By:    *Cheryl D'Arcangelo*
*Administrative Assistant*