**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/20/26
TIME: 9:30 am

CASE: **CV 25-0073(PKC) Felder v. Arena et al**
TYPE OF CONFERENCE: STATUS FTR: WebEx

APPEARANCES:
For Plaintiff: Kaleel Felder

For Defendant: Anne Leahy

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held. Due to Plaintiff's recent health problems discovery deadlines are extended as follows: Plaintiff will his serve discovery responses and his discovery requests on defense counsel no later than November 20, 2026. Next status phone conference: December 1, 2026 at 930am. Defense counsel will make the arrangements for Plaintiff to appear by phone. Defense counsel will serve a copy of this order on Plaintiff as soon as possible and file proof of service via ECF.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

12/1/26 at 9:30 am : Status conference

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge